# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOSEPH P. GUARRASI, J.D., | : | No. 129 MAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 92 MD 2014 |
| | : | dated 10/17/14 |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THOMAS GARY GAMBARDELLA, D.J. | : | |
| DISTRICT MAGISTRATE, 7-3-01 | : | |
| INDIVIDUAL AND OFFICIAL CAPACITY | : | |
| AND DIANE E. GIBBONS, J., COMMON | : | |
| PLEAS COURT JUDGE INDIVIDUAL | : | |
| AND OFFICIAL CAPACITY, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                             **DECIDED:  May 26, 2015**

**AND NOW**, this 26th day of May, 2015, the Order of the Commonwealth Court is

hereby **AFFIRMED**. The Application for Leave to Amend Appellees' Brief is **DENIED**.